UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALEJANDRO VALLEJO-GONZALEZ,

                Plaintiff,

   v.

STEVEN G. HAMMOND, et al,

                Defendants.

Case No. 3:16-cv-05808-RBL-TLF

ORDER DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     plaintiff has failed to respond to the Court's order to show cause why this action should not be dismissed under LCR 41(b)(2);

(2)     the Court adopts the Report and Recommendation; and

(3)     plaintiff's complaint is DISMISSED without prejudice under LCR 41(b)(2).

Dated this 6th day of November, 2017.

Ronald B. Leighton
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1